Reuben D. Nathan, Esq.. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax:    (949) 486-1889
Email: r.n@azimynathan.com
       e.a@azimynathan.com

Attorneys of Record for Plaintiff, Mattie Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTIE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DRAGON HAVEN RESTAURANT and Does 1 through 10, inclusive.<br><br>　　　　　Defendants. | Case No.: CIV.S-06-00541 WBS DAD<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a) or (c) AND ORDER** |

- 1 -

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE**

**RULE 41(a) OR (c) AND ORDER**

Dockets.Justia.com

1
2
3     PLEASE TAKE NOTICE THAT Plaintiff, Mattie Johnson, dismisses in its
4  entirety, the above-captioned matter and all Defendants thereto, without prejudice.
5
6
7     DATED:  March 20, 2006 **AZIMY & NATHAN, LLP**
8
9
10     **BY:**  /s/ Reuben D. Nathan, Esq.
        Reuben D. Nathan, Esq.
11      Attorney for Plaintiff, Mattie Johnson
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE**

**RULE 41(a) OR (c) AND ORDER**

**ORDER**

The above-captioned matter and all defendants thereto are dismissed, without prejudice.

Dated: March 20, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 3 -

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a) OR (c) AND ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE**

**RULE 41(a) OR (c) AND ORDER**